RECEIVED
IN LAKE CHARLES, LA

FEB 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **IBRAHIM ELKAHLOUT** | : | DOCKET NO. 2:05-cv-2188<br>Section P |
| VS. | : | JUDGE MINALDI |
| **J. P. YOUNG, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

Having considered the Voluntary Motion to Dismiss [doc. 6] filed by *pro se* petitioner, Ibrahim Elkahlout, it is

ORDERED that the motion be GRANTED and that this petition be DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___9___ day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE